HEATHER E. WILLIAMS
Federal Defender
CHRISTINA M. CORCORAN
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Facsimile: (559) 497-4099

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00186-KES |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | DATE: May 4, 2026 |
| JAMES HEDGECOTH | TIME: 2:00 PM |
| Defendant. | COURT: Hon. Erica P. Grosjean |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a status conference on May 4, 2026.

2. By this stipulation, the parties stipulate that the status conference may be continued to May 4, 2026, at 2:00 PM, to allow time for Mr. Hedgecoth to continue to attend state court in the matter underlying the alleged new law violation, as well as for defense investigation. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

///

///

1

Dated:  March 24, 2026                     HEATHER E. WILLIAMS
                                           Federal Defender


                                           */s/ CHRISTINA M. CORCORAN*
                                           CHRISTINA M. CORCORAN
                                           Assistant Federal Defender
                                           Counsel for James Hedgecoth



                                           ERIC GRANT
                                           United States Attorney


Dated:  March 24, 2026                     */s/ DAVID GAPPA*
                                           DAVID GAPPA
                                           Assistant United States Attorney
                                           Attorney for Plaintiff

2

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court orders the status conference be continued until May 4, 2026, at 2:00 PM before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated:   **March 24, 2026**         /s/ *Erin P. Gring*
_____
UNITED STATES MAGISTRATE JUDGE