HEATHER E. WILLIAMS
Federal Defender
CHRISTINA M. CORCORAN
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone:  (559) 487-5561
Facsimile:   (559) 497-4099

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>v.<br><br>JAMES HEDGECOTH<br><br>                          Defendant. | CASE NO.  1:24-CR-186-KES<br><br>STIPULATION AND ORDER TO CONTINUE DISPOSITIONAL HEARING<br><br>DATE: June 22, 2026<br>TIME: 9:30 AM<br>COURT: Hon. Kirk E. Sherriff |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      This case is set for dispositional hearing on June 22, 2026.

2.      By this stipulation, the parties stipulate that the dispositional hearing may be continued to June 22, 2026 at 9:30 AM.  The continuance is necessary for continued defense investigation and to accommodate an unforeseen scheduling conflict.  Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

///

///

///

1

Dated:  May 8, 2026

HEATHER E. WILLIAMS
Federal Defender

*/s/ CHRISTINA M. CORCORAN*
CHRISTINA M. CORCORAN
Assistant Federal Defender
Counsel for James Hedgecoth

ERIC GRANT
United States Attorney

Dated:  May 8, 2026

*/s/ DAVID GAPPA*
DAVID GAPPA
Assistant United States Attorney
Attorney for Plaintiff

## ORDER

GOOD CAUSE APPEARING, the Court hereby continues the dispositional hearing currently scheduled for May 18, 2026, to **June 22, 2026, at 9:30 AM.**

IT IS SO ORDERED.

Dated:   May 11, 2026

_____
UNITED STATES DISTRICT JUDGE

2