HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar #344683
First Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559.487. 5561

Attorney for Defendant
JAMES DENNIS HEDGECOTH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-cr-00186-KES-1 |
| Plaintiff, | ORDER FOR RELEASE |
| vs. | Judge: Hon. Kirk E. Sherriff |
| JAMES DENNIS HEDGECOTH, | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant JAMES DENNIS HEDGECOTH (USM# 93284-298), having been sentenced on today's date to a term of time-served, shall be released from the custody of the United States Marshals forthwith. He is currently housed at the Taft Community Correctional Facility.

IT IS SO ORDERED.

Dated:    June 22, 2026

_____
UNITED STATES DISTRICT JUDGE