HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
GRIFFIN ESTES, CA Bar #322095
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JAMES HEDGECOTH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JAMES HEDGECOTH,<br>Defendant, | Case No. 1:24-cr-00186-KES<br>**ORDER re JOINT STATUS REPORT**<br>Date: October 8, 2026<br>Time: 2:00 p.m.<br>Judge: Hon. Erica P. Grosjean |

This case is set for a status conference on October 8, 2026. In anticipation of the upcoming court appearance, and in the interest of preserving Court resources, the parties hereby submit this joint status report, and stipulate as follows:

1. Mr. Hedgecoth was ordered released pending the disposition of a supervised release violation petition. Since Mr. Hedgecoth's release, he has timely checked in with his probation officer and complied with his Ca. Penal Code § 290 requirements. Mr. Hedgecoth has communicated with his probation officer about his residence.
2. Counsel for Mr. Hedgecoth needs further time to conduct an investigation in this matter. Furthermore, counsel for both parties need additional time to discuss the case and any possible resolution.

3. In light of the pending case investigation and discussions, the parties hereby request that the upcoming status conference scheduled on October 8, 2026, be continued to November 16, 2026.

4. The parties have conferred with US Probation Officer Natali Valdivia, who agrees with this request.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: September 30, 2026

*/s/ Griffin Estes*
GRIFFIN ESTES
Assistant Federal Defender
Attorney for Defendant
JAMES HEDGECOTH

ERIC GRANT
United States Attorney

Dated: September 30, 2026

*/s/ David Gappa*
DAVID GAPPA
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

**GOOD CAUSE APPEARING**, the status conference currently scheduled for October 8, 2026, is hereby continued to November 16, 2026, at 2 p.m. in front of the duty magistrate.

IT IS SO ORDERED.

Dated: **October 1, 2026**

UNITED STATES MAGISTRATE JUDGE